UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TOLULOPE ADEGUNJU,**

    **Plaintiff,**

v.

**TRANSUNION LLC,** *et al.*

    **Defendants.**

:

:

Case No. 2:23-cv-1712
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

Plaintiff Tolulope Adegunju commenced this action against Defendants TransUnion LLC ("TransUnion"), Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services LLC ("Equifax") on May 23, 2023. (ECF No. 1.) The Court granted TransUnion and Experian's Motions for Summary Judgment. (ECF No. 26.) As for the remaining defendant, the Court issued an Order requiring Mr. Adegunju to show cause by October 16, 2024, as to why his claims against Equifax should not be dismissed without prejudice under Rule 4(m). (ECF No. 26.) The Show Cause Order cautioned Mr. Adegunju that failure to comply could result in dismissal of his case. Mr. Adegunju has not responded.

Mr. Adegunju has not diligently prosecuted this case. He failed to answer the Court's requests regarding mediation (ECF No. 21); failed to respond or serve discovery requests on the Defendants; failed to reply to TransUnion and Experian's Motions for Summary Judgment; and failed to respond to the Court's Show Cause

Order. (ECF No. 26.) Despite his *pro se* status, Mr. Adegunju is required to prosecute this case and comply with the Court's orders.

For these reasons, Mr. Adegunju's Complaint (ECF No. 1) is **DISMISSED without prejudice** for lack of prosecution and failure to comply with a Court Order. The Clerk is **DIRECTED** to **TERMINATE** this case.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**CHIEF UNITED STATES DISTRICT JUDGE**